■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK CROWL, Appellant. [12 NYS3d 911]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Robbins, J.), rendered November 19, 2013, convicting him of robbery in the second degree (two counts), robbery in the third degree (two counts), petit larceny (two counts), and criminal contempt in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of robbery in the second and third degrees and petit larceny beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Mastro, J.P., Chambers, Roman and LaSalle, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY DORVILIER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY'S NURSES REGISTRY, INC., Appellant. [13 NYS3d 846]—Application by the appellants for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 5, 2014 (*People v Dorvilier*, 122 AD3d 642 [2014]), affirming two judgments of the Supreme Court, Queens County, both rendered October 4, 2012.

Ordered that the application is denied.

The appellants have failed to establish that they were denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Hall, Austin and Cohen, JJ., concur.